JACOB RANDOLPH, Respondent, *v.* CORNELIUS J. BERGEN et al., Appellants

(Submitted April 25, 1882; decided May 5, 1882.)

THIS action was brought by a judgment creditor to set aside a transfer of real estate as fraudulent. The Special Term found, upon evidence deemed by the court here fully sufficient that the transfer was fraudulent in fact.

*A. & J. Z. Lott* for appellants.

*Wm. J. Gaynor* for respondent.

FINCH, J., reads for affirmance.
All concur, except TRACY, J., taking no part, and MILLER, J., absent.
Judgment affirmed.

———————

THE MANHATTAN SAVINGS INSTITUTION, Respondent, *v.* KATHERINE NORTON and HENRY ALLEN, purchaser, Appellant.

(Argued April 25, 1882; decided May 5, 1882.)

*Edward S. Rapallo* for appellant.

*Samuel Hand* for respondent.

Agree to affirm on opinion of court below.
All concur, except MILLER and TRACY, JJ., absent.
Order affirmed.

———————

JEREMIAH CROWLEY, Appellant, *v.* THE ROYAL EXCHANGE SHIPPING COMPANY (Limited) OF LONDON, Respondent.

(Submitted April 25, 1882; decided May 5, 1882.)

*Edward D. McCarthy* for appellant.